# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2489 Disciplinary Docket No. 3 |
| | : | |
| MICHAEL B. ADELHOCK | : | Board File No. C2-18-448 |
| | : | |
| | : | (Supreme Court of New Jersey, D-42 |
| | : | September Term 2017) |
| | : | |
| | : | Attorney Registration No. 57041 |
| | : | |
| | : | (Out of State) |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of August, 2018, having failed to respond to a Notice and Order directing him to provide reasons against the imposition of reciprocal discipline, Michael B. Adelhock is suspended from the practice of law in the Commonwealth of Pennsylvania for three years. He shall comply with all the provisions of Pa.R.D.E. 217.